Submitted on remand from the Oregon Supreme Court September 8, resubmitted en banc September 16, affirmed October 21, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBERT LEE BANKS,
*Defendant-Appellant.*

Washington County Circuit Court
C030755CR; A123839

220 P3d 59

Andrew S. Chilton and Chilton, Ebbett & Rohr, LLC, for appellant.

Robert L. Banks *pro se.*

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Benjamin R. Hartman, Assistant Attorney General, for respondent.

Before Brewer, Chief Judge, and Edmonds, Landau, Haselton, Armstrong, Wollheim, Schuman, Ortega, Rosenblum, and Sercombe, Judges.

PER CURIAM

Affirmed. *Oregon v. Ice,* 555 US ____ , 129 S Ct 711, 172 L Ed 2d 517 (2009).